**Order entered April 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01582-CV

---

## IN THE INTEREST OF K.A.F., D.A.F., AND A.L.F., CHILDREN

---

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-18472-Z**

---

## ORDER

On March 26, 2013, we ordered the District Clerk to file, within five days of the date of the order, a supplemental clerk's record containing a copy of the trial court's January 11, 2013 findings of fact and conclusions of law. *See* TEX. R. APP. P. 34.5(c)(1). To date, despite the order stating that this appeal is accelerated, the clerk's record has not been filed, and we have not received any correspondence regarding the status of the requested record.

Accordingly, we **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, within **FIVE DAYS** of the date of this order, the requested supplemental record. If the record is not filed by the date specified, we will utilize the available remedies to obtain the record, which may include ordering the Dallas County District Clerk to show cause why he should not be held in contempt for failure to comply with this Court's orders.

We **DIRECT** the Clerk of the Court to send a copy of this Order by electronic transmission to Dallas County District Clerk Gary Fitzsimmons.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE